| | |
|---|---|
| GOVERNMENT'S EXHIBIT NO. | 1 |
| CASE NO. | 1:20-cr-00014 |
| United States of America | |
| vs. | |
| Amanda Gunn | |
| 3/11/2021 | |
| MARKED FOR IDENTIFICATION | |
| 3/11/2021 | |
| FILED IN EVIDENCE | |
| *[signature]* | |
| JOHN E. TRIPLETT, ACTING CLERK | |

█

It's time you consider what is best for yourself and those around you. Why do you continue, when you know your rightful place is on the floor, surrounded by men. Why do you wish to reject drugs, alcohol, when other girls rely on them to help them be what they must be. The more that you resist, the worse that it will be. You already feel this, you know that your destiny is to be a slut, and that the more you attempt to be good, the more that you are bad. The more you avoid something sexual, the more sexual and intense the next situation is as well. Men cannot resist your flesh, they crave it, need it, and will always take what you do not give. You are a weak whore that has already been ruined by cock, so that no man will ever want you. Even your father was unsure of whether or not he wanted to fuck you, after all of the other men had used you. This brings us to the point of this letter. Your choices do not only affect you.

You must accept and embrace your whore nature, not only for your sake, but for all of those around you. Look inside yourself, in your mind, and see if you can tell yourself that you are not hopeless, that you are not a lost cause. You have betrayed your father over and over again, and have watched as he has defended you. It is a wonderful thing, but how long will it last? Certainly it will last as long as he is able to defend you, and he will defend you for as long as he is alive, so the question is, how long will he live at this rate? He tells you little of what he does for you. He will not believe that you are a whore and that there is no hope for you, because he loves you. No one in this world would be able to convince him otherwise, except for you. If you truly love your father, you must show him what a worthless whore you really are. You must show him the worst parts of you and degrade and humiliate yourself willingly in front of him. He has given everything to help you, what now will you do to help him. You have brought him to the edge of ruin. Your actions have further affected his health, happiness, and much more.

We know this is not what you want to do, but doing this, for his good, and for yours, is the right thing to do. You know this inside. He blames much of your actions on the blackouts that you have, and does not wish to admit what you are. He may have said that you were before, but would he fight for something so worthless and pathetic as you? You are holes for men to use, you are nothing, a fuck toy, not even a person, not a girl. You know all of this to be true. He must see your true self if he is to survive, otherwise, he will die, and this will happen very soon. He has given everything to save you, the question is whether you will do the same for him. You much keep yourself aroused, playing with yourself and trying as hard as you can to enjoy it. You must strip your clothes and act like the nympho that you are. You must tie yourself and punish yourself. You must get to know men around you by having conversations, because it is important to know people in your neighborhood, or ask for donations for something you put together, in order to dress sexy and have an excuse to step into their home. You do not wish to use alcohol or the drugs, and your father kept them from you for as long as he could. Did you know that you were the reason he began to use some? He began to use some in order to stay up later, to work more hours of the day, to fight for you. No one has hurt him more than you have, or hurt his efforts to save you more than you have. You know that the alcohol and drugs go hand-in-hand with what you are, and you know that you need them, so give into them, if you care for him, for as long as it takes. You know what you must do, and how hard you must do each thing. How much, and how hard you do each will show how much love you have for him. Otherwise, you will have completely destroyed the only one that actually cares for you. Time will show whether you will do the best you can for him or not. Did you know that he was threatened with a list of things for you to do or he would be executed. The threat is real and from the MS-13. He chose not to tell you, to protect you, as he has done with so many other things as well. You may ask him about the list and say that this paper was about that, if you choose, but do not mention any other part or he will be condemned.

USAO-000668