Clear Form

| GOVERNMENT'S EXHIBIT NO. | 2 |
|---|---|
| CASE NO. | 1:20-cr-00014 |
| United States of America | |
| vs. | |
| Amanda Gunn | |
| 3/11/2021 | |
| MARKED FOR IDENTIFICATION 3/11/2021 | |
| FILED IN EVIDENCE | |
| JOHN E. TRIPLETT, ACTING CLERK | |

# INTRODUCTION AND CONFESSION

USAO-000640