Petition and Memorandum
Response to Motion to Dismiss

Amanda Gunn,
    Petitioner,
v.
United States of America,
    Respondent.

CV 122-151
(Formerly CR 120-014)

To Whom It May Concern,

    I, Amanda Gunn, would like to continue with the motion 2255 originally filed and request for the motion to not be dismissed.

    The Respondent failed to make it known that I did try to help aid the government in the investigation by giving them physical evidence. While that was not brought up in my sentencing hearing by the ADA or my own attorney, I believe it should be put into consideration regarding a decrease in sentencing.

    I do understand that it is ultimately my responsibility to file appeals and motions at the proper time, I would like the court to consider the fact that prior to my sentencing, I had zero to very little knowledge of the Judicial process and procedures. Given that I was incarcerated and unable to properly research what should or should not be filed, I believe that should also be taken into consideration as to why I did not file certain motions or appeals prior to my sentencing. I do not believe I should

be punished for that ignorance.

I would like to ask the court to consider that in regards to my testimony that the ADA overseeing the case did file for me to receive a downward departure and give me the 5K1 credit at the beginning of my sentencing hearing continued to support that I receive that credit. It was not until the very end of that hearing that she changed her mind.

I fully take responsibility for what happened to the victim in this case. It was my own lack of decision and action in getting help that led to unspeakable things happening. I don't ask for a pardon or anything of that nature because I do believe I should be where I am. I do ask that the court does show mercy and consider resentencing because I did do the best I could in my testimony and trying to push through my own trauma to help the government.

Thank you for your time and consideration

Amanda Gunn,
Petitioner

10th day of April, 2023

Amanda Gunn  
36621509-A2  
FCI Alicevillle  
PO Box 4000  
Aliceville, AL 35442

Clerk, US District Court  
PO Box 1130  
Augusta, GA 30903

30903-113030

BIRMINGHAM AL 350  
17 APR 2023 PM 2 L